# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: HANSEN, TIMOTHY B<br>HANSEN, CAROLYN M<br><br>Debtor(s) | § Case No. 11-15516<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/04/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/12/2011     By:  /s/BRADLEY J. WALLER
                                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: HANSEN, TIMOTHY B | § | Case No. 11-15516 |
| HANSEN, CAROLYN M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,617.42 |
| *and approved disbursements of* | $ 74.74 |
| *leaving a balance on hand of* [1] | $ 17,542.68 |
| **Balance on hand:** | $ 17,542.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,542.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,511.74 | 0.00 | 2,511.74 |
| Trustee, Expenses - BRADLEY J. WALLER | 77.50 | 0.00 | 77.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,589.24 |
| Remaining balance: | $ 14,953.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,953.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,953.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,288.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,373.16 | 0.00 | 6,583.89 |
| 2 | Meridian Medical Associates | 145.27 | 0.00 | 102.04 |
| 3 | American InfoSource LP as agent for Citibank | 11,770.06 | 0.00 | 8,267.51 |

Total to be paid for timely general unsecured claims: $ 14,953.44
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Timothy B Hansen
Carolyn M Hansen
      Debtors

Case No. 11-15516-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 1     Date Rcvd: May 25, 2011
                    Form ID: ntcftfc7    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2011.
```
db/jdb     +Timothy B Hansen,    Carolyn M Hansen,    12724 Meadow Lane,    Plainfield, IL 60585-1786
aty        +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
17120340   +Arrowhead Condominiums,    c/o Cornerstone Management Group,    321 N Clark Street - 5th Floor,
             Chicago, IL 60654-4714
17120341   +BAC Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
17120342   +Bank of Shorewood,    700 W Jefferson Street,    Shorewood, IL 60404-8021
17160840   +Brice Vander Linden & Wernick PC,    Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
17120343   +Charzetta Davis,    1304 Dearborn,    Joliet, IL 60435-2605
17120344   +Chase Home Finance LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
17120346   +City of Joliet,    Legal Department,    150 W Jefferson Street,    Joliet, IL 60432-4148
17120347   +Codilis & Associates, P.C.,    15W030 N Frontage Rd # 100,    Burr Ridge, IL 60527-6921
17120349   +Fox River Foot & Ankle Center PC,    810 East Division Street,    Coal City, IL 60416-1338
17120350   +GMAC Mortgage LLC,    3451 Hammond Ave,    Waterloo, IA 50702-5300
17120351   +Judy Magallanes,    11630 Blackhawk,    Unit 6,    Mokena, IL 60448-1235
17120352   +Meridian Medical Associates,    2100 Glenwood Avenue,    Joliet, IL 60435-5487
17120353   +Nationstar Mortgage,    Po Box 199111,    Dallas, TX 75219-9111
17120355   +Pierce & Associates, P.C.,    1 N Dearborn Street # 1300,    Chicago, IL 60602-4373
17120356   +Shawn Kuhl,    203 Troxel,    Romeoville, IL 60446-1751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17120345    EDI: CITICORP.COM May 25 2011 22:48:00     Citi,    PO Box 6248,    Sioux Falls, SD 57117-6248
17120346   +E-mail/Text: lheglund@jolietcity.org May 25 2011 23:06:42     City of Joliet,    Legal Department,
             150 W Jefferson Street,    Joliet, IL 60432-4148
17120348    EDI: DISCOVER.COM May 25 2011 22:48:00     Discover Card Services,    P.O. Box 15192,
             Wilmington, DE 19850
17120354   +E-mail/Text: bankrup@nicor.com May 25 2011 23:03:50     Nicor Gas,    P.O. Box 549,
             Aurora, IL 60507-0549
```
                                                                                                                                                            TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2011                  Signature:    *Joseph Speetjens*

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                  Case No. 11-15516-BWB
Timothy B Hansen                                                        Chapter 7
Carolyn M Hansen
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1           User: dpruitt                Page 1 of 1                   Date Rcvd: Oct 13, 2011
                               Form ID: pdf006              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2011.
db/jdb        +Timothy B Hansen,    Carolyn M Hansen,    12724 Meadow Lane,    Plainfield, IL 60585-1786
17120340      +Arrowhead Condominiums,    c/o Cornerstone Management Group,    321 N Clark Street - 5th Floor,
                Chicago, IL 60654-4714
17120341      +BAC Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
17120342      +Bank of Shorewood,    700 W Jefferson Street,    Shorewood, IL 60404-8021
17160840      +Brice Vander Linden & Wernick PC,    Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
17120343      +Charzetta Davis,    1304 Dearborn,    Joliet, IL 60435-2605
17120344      +Chase Home Finance LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
17120345       Citi,    PO Box 6248,    Sioux Falls, SD 57117-6248
17120347      +Codilis & Associates, P.C.,    15W030 N Frontage Rd # 100,    Burr Ridge, IL 60527-6921
17120349      +Fox River Foot & Ankle Center PC,    810 East Division Street,    Coal City, IL 60416-1338
17120350      +GMAC Mortgage LLC,    3451 Hammond Ave,    Waterloo, IA 50702-5300
17120351      +Judy Magallanes,    11630 Blackhawk,    Unit 6,    Mokena, IL 60448-1235
17120352      +Meridian Medical Associates,    2100 Glenwood Avenue,    Joliet, IL 60435-5487
17120353      +Nationstar Mortgage,    Po Box 199111,    Dallas, TX 75219-9111
17120355      +Pierce & Associates, P.C.,    1 N Dearborn Street # 1300,    Chicago, IL 60602-4373
17120356      +Shawn Kuhl,    203 Troxel,    Romeoville, IL 60446-1751
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17467670       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2011 01:52:19
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK 73124-8840
17120346      +E-mail/Text: lheglund@jolietcity.org Oct 14 2011 01:31:11     City of Joliet,    Legal Department,
                150 W Jefferson Street,    Joliet, IL 60432-4148
17324122      +E-mail/Text: legalcollections@comed.com Oct 14 2011 01:30:30     Commonwealth Edison Company,
                3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
17120348       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2011 01:52:53     Discover Card Services,
                P.O. Box 15192,    Wilmington, DE 19850
17334078       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2011 01:52:53     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17120354      +E-mail/Text: bankrup@nicor.com Oct 14 2011 01:30:05     Nicor Gas,    P.O. Box 549,
                Aurora, IL 60507-0549
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2011                   Signature:   *Joseph Speetjens*