# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HANSEN, TIMOTHY B  
       HANSEN, CAROLYN M

Case No. 11-15516

Chapter 7

Debtors,

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $692,120.00 *(without deducting any secured claims)* | Assets Exempt: $43,250.00 |
| Total Distribution to Claimants: $14,953.44 | Claims Discharged Without Payment: $6,335.05 |
| Total Expenses of Administration: $2,663.98 | |

    3) Total gross receipts of $ 17,617.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,617.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,663.98 | 2,663.98 | 2,663.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,288.49 | 21,288.49 | 14,953.44 |
| **TOTAL DISBURSEMENTS** | $0.00 | $23,952.47 | $23,952.47 | $17,617.42 |

4) This case was originally filed under Chapter 7 on April 12, 2011. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2011      By: /s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Joint 2011 Federal Tax Refund | 1124-000 | 16,374.00 |
| Joint State Tax Refund | 1242-000 | 1,243.00 |
| Interest Income | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | **$17,617.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,511.74 | 2,511.74 | 2,511.74 |
| BRADLEY J. WALLER | 2200-000 | N/A | 77.50 | 77.50 | 77.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.78 | 33.78 | 33.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 40.96 | 40.96 | 40.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,663.98 | 2,663.98 | 2,663.98 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 9,373.16 | 9,373.16 | 6,583.89 |
| 2 | Meridian Medical Associates | 7100-000 | N/A | 145.27 | 145.27 | 102.04 |
| 3 | American InfoSource LP as agent for Citibank | 7100-000 | N/A | 11,770.06 | 11,770.06 | 8,267.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 21,288.49 | 21,288.49 | 14,953.44 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-15516  
**Case Name:** HANSEN, TIMOTHY B  
HANSEN, CAROLYN M  
**Period Ending:** 12/12/11  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 04/12/11 (f)  
**§341(a) Meeting Date:** 05/23/11  
**Claims Bar Date:** 08/24/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Debtors Residence located at 12724 Meadow Lane, | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental Property located at 537 Nathan Road, Univ | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Rental Property located at 1304 Dearborn Street, | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Rental Property located at 2206 Benedict, Joliet | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Rental Property located at 203 Troxel, Romeovill | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Rental Property located at 11630 Blackhawk, Unit | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Rental Property located at 22635 Spencer, Sauk, | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc Cash | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | Joint Checking Account with Bank of Shorewood #1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 10 | Joint Savings Account with Bank of Shorewood #05 | 250.00 | 0.00 | DA | 0.00 | FA |
| 11 | Joint Checking Account with Bank of Shorewood #1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Misc Goods & Furnishings | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | Misc Books & Pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | Misc Clothing | 350.00 | 0.00 | DA | 0.00 | FA |
| 15 | Misc Jewelry | 75.00 | 0.00 | DA | 0.00 | FA |
| 16 | Misc Hunting Equipment, .22 Rifle,Shotguns | 200.00 | 0.00 | DA | 0.00 | FA |
| 17 | Debtors Term Life Policy with American General | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Joint Term Life Policy with Primerica | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Debtors Pension through Employer | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | Debtors 401k through Employer | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | Spouses IMRF through Employer | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | Joint 2011 Federal Tax Refund | 16,097.00 | 16,000.00 | | 16,374.00 | 0.00 |
| 23 | 2008 Dodge Ram | 10,550.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2002 Chrysler PT Cruiser | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2002 Dodge Ram Van | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2 canoes | 150.00 | 0.00 | DA | 0.00 | FA |
| 27 | Misc Computer & Office Equipment | 200.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-15516
**Case Name:** HANSEN, TIMOTHY B
HANSEN, CAROLYN M
**Period Ending:** 12/12/11

**Trustee:** (330500) BRADLEY J. WALLER
**Filed (f) or Converted (c):** 04/12/11 (f)
**§341(a) Meeting Date:** 05/23/11
**Claims Bar Date:** 08/24/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | Joint State Tax Refund (u) | 2,000.00 | 2,612.00 | | 1,243.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.42 | FA |
| 29 | Assets   Totals (Excluding unknown values) | **$710,217.00** | **$18,612.00** | | **$17,617.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012      **Current Projected Date Of Final Report (TFR):**   October 12, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-15516  
**Case Name:** HANSEN, TIMOTHY B  
HANSEN, CAROLYN M  
**Taxpayer ID #:** **-***5960  
**Period Ending:** 12/12/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/11 | {22} | Bank of Shorewood | IRS Refund | 1124-000 | 16,374.00 | | 16,374.00 |
| 06/09/11 | {28} | Bank of Shorewood | State tax refund | 1242-000 | 1,243.00 | | 17,617.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 17,617.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,617.22 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.78 | 17,583.44 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,583.58 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.96 | 17,542.62 |
| 09/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 17,542.68 |
| 09/15/11 | | To Account #9200******2766 | | 9999-000 | | 17,542.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,617.42 | 17,617.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,542.68 | |
| | | | **Subtotal** | | 17,617.42 | 74.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,617.42** | **$74.74** | |

{} Asset reference(s)

Printed: 12/12/2011 04:04 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-15516 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HANSEN, TIMOTHY B | | Bank Name: | The Bank of New York Mellon |
| | HANSEN, CAROLYN M | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***5960 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/12/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/15/11 | | From Account #9200******2765 | | 9999-000 | 17,542.68 | | 17,542.68 |
| 11/04/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $77.50, Trustee Expenses; Reference: | 2200-000 | | 77.50 | 17,465.18 |
| 11/04/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,511.74, Trustee Compensation; Reference: | 2100-000 | | 2,511.74 | 14,953.44 |
| 11/04/11 | 103 | Discover Bank | Dividend paid 70.24% on $9,373.16; Claim# 1; Filed: $9,373.16; Reference: | 7100-000 | | 6,583.89 | 8,369.55 |
| 11/04/11 | 104 | Meridian Medical Associates | Dividend paid 70.24% on $145.27; Claim# 2; Filed: $145.27; Reference: | 7100-000 | | 102.04 | 8,267.51 |
| 11/04/11 | 105 | American InfoSource LP as agent for Citibank | Dividend paid 70.24% on $11,770.06; Claim# 3; Filed: $11,770.06; Reference: | 7100-000 | | 8,267.51 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 17,542.68 | 17,542.68 | $0.00 |
| | Less: Bank Transfers | | 17,542.68 | 0.00 | |
| | Subtotal | | 0.00 | 17,542.68 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $17,542.68 | |

Net Receipts :   17,617.42
Net Estate :   $17,617.42

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******27-65 | 17,617.42 | 74.74 | 0.00 |
| Checking # 9200-******27-66 | 0.00 | 17,542.68 | 0.00 |
| | $17,617.42 | $17,617.42 | $0.00 |